**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000037
27-OCT-2014
01:18 PM**

NO. CAAP-13-0000037

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

BAC HOME LOANS SERVICING, LP, Plaintiff-Appellee, v.
FEDERICO KELIINOHOPONO VERCELES and SHERRYL JILL VERCELES,
Defendants-Appellants, and MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., SOLELY AS NOMINEE FOR
COUNTRYWIDE HOME LOANS, INC., Defendants-Appellees,
and JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS
1-50; DOE CORPORATIONS 1-50; AND DOE GOVERNMENTAL
UNITS 1-10, Defendants
and
FEDERICO KELIINOHOPONO VERCELES and SHERRYL JILL VERCELES,
Defendants/Counterclaimants-Appellants, v.
BAC HOME LOANS SERVICING, LP, Plaintiff/Counterclaim
Defendant-Appellee, and COUNTRYWIDE HOME LOANS, INC.,
a California corporation, and its successors and assigns;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a
Delaware corporation; NANETTE N. LONTAYAO; MORTGAGE MASTERS,
INC., a Hawaii corporation, Additional Counterclaim
Defendants-Appellees, and DOES "A" through "Z",
Additional Counterclaim Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 09-1-1442)

ORDER APPROVING THE OCTOBER 17, 2014
STIPULATION FOR DISMISSAL WITH PREJUDICE
(By: Nakamura, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of the Stipulation for Dismissal
With Prejudice (**Stipulation for Dismissal**) filed on October 17,
2014, by Appellee BANK OF AMERICA, N.A., successor by merger to

BAC HOME LOANS SERVICING, LP and Additional Counterclaim Defendants-Appellees COUNTRYWIDE HOME LOANS, INC. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the Stipulation for Dismissal is approved and Appeal No. CAAP-13-0000037 is dismissed. The parties shall bear their own appellate costs and fees.

DATED:  Honolulu, Hawai'i, October 27, 2014.

Chief Judge

Associate Judge

Associate Judge

2